**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                 )
CLAUDE MARY LUISTILUS BONNET,    )
                                 )
            Petitioner,          )
                                 )
v.                               )   Civil Action
                                 )   No. 19-10417-PBS
YOLANDA SMITH, Superintendent of )
Suffolk County Department of     )
Corrections,                     )
                                 )
            Respondent.          )
_____)
```

**ORDER**

August 16, 2019

Saris, C.J.

In accordance with the Court's Memorandum and Order dated July 23, 2019 (Docket No. 30), the Court enters judgment for Petitioner Claude Mary Luistilus Bonnet and dismisses this case.

 /s/ Patti B. Saris
HON. PATTI B. SARIS
Chief U.S. District Judge